DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TONY D. FULLER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2448

[November 13, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Rebecca White, Judge; L.T. Case No. 2019CF000413A.

Tony D. Fuller, North Carrabelle, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***